

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00139-CV

Richard **WALKER**,
Appellant

v.

**SKYVUE APARTMENTS**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2021CV04545
Honorable J. Frank Davis, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Liza A. Rodriguez, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: December 7, 2022

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on November 2, 2022. Appellant failed to file his brief or a motion for extension of time. We issued an order informing appellant that his brief was overdue and directing him to show cause in writing, on or before November 21, 2022, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1) (allowing appellate courts to dismiss an appeal for want of prosecution when an appellant fails to timely file a brief); *see also* TEX. R. APP. P. 42.3(c) (allowing appellate courts to dismiss an appeal when an

appellant fails to comply with a court order). Appellant did not respond to our show cause order, nor did he file his brief. We, therefore, dismiss this appeal for want of prosecution.

PER CURIAM